IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARISSE WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., AND<br>JOHN DOES 1-3<br><br>        Defendants. | CASE NO.:  1:21-CV-01609-WMR |

## PLAINTIFF'S THIRD AMENDED INITIAL DISCLOSURES

COMES NOW Plaintiff, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, and amends her initial disclosure as follows:

(6) Provide the name of any person who may be used at trial to present evidence under rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P.26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

Plaintiff refers Defendant to the report of Faith Beltzhoover, her CV, her case list and Attachment B. Plaintiff reserves the right to amend and/or supplement this report.

This the 21st day of November, 2022.

<div align="right">

/s/ Allen M. Hoffman, Jr
Eric L. Jensen
Georgia Bar No. 391259
Allen M. Hoffman, Jr.
Georgia Bar No. 964123
*Attorneys for Plaintiff(s)*

</div>

Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G- Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document has been prepared in Times New Roman, 14-point font in accordance with LR 5.1 and LR 7.1(d).

Respectfully submitted,

This the 21st day of November, 2022.

/s/ Allen M. Hoffman, Jr.
Eric L. Jensen
Georgia Bar No. 391259
Allen M. Hoffman, Jr.
Georgia Bar No. 964123
*Attorneys for Plaintiff(s)*

Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G- Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system addressed to:

James T. Hankins, III, Esq.
Goodman McGuffey, LLP
3340 Peachtree Road NE, Ste. 2100
Atlanta, Georgia 30326

Respectfully submitted,

This the 21st day of November, 2022.

/s/ Allen M. Hoffman, Jr.
Eric L. Jensen
Georgia Bar No. 391259
Allen M. Hoffman, Jr.
Georgia Bar No. 964123
*Attorneys for Plaintiff(s)*

Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G- Suite 201
Atlanta, Georgia 30328
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

<u>Attachment B</u>

November 17, 2022.

**Re: Expert Report to analyze whether Ms. Williams's past and future medical bills at Ortho Sport and Spine and the Orthopedic Surgery Center of Sandy Springs are usual, customary and reasonable.**

My name is Faith Beltzhoover. For the past five years, I have been the Director of Revenue Cycle Management at Ortho Sport and Spine and the Orthopedic Surgery Center of Sandy Springs (hereinafter, collectively, "OSS"). Part of my day-to-day job responsibilities is to oversee OSS's billing and coding practices. I have personal knowledge and specialized opinions about whether Ms. Williams's past and future medical bills from OSS are usual, customary and reasonable (hereinafter, "UCR"). In particular, I have personal knowledge about OSS's actual billing practices now and at the time of Ms. Williams's treatment. I have analyzed thousands of bills for UCR practices by virtue of my role as Director of Revenue Cycle Management. It is part of my everyday duties to consult industry-standard reference material regularly to ensure that OSS's charges are both UCR generally, and UCR in terms of specific bills for specific patients. My testimony will assist the trier of fact in determining whether Ms. Williams's medical bills and the surgical estimate for her still-unperformed right shoulder surgery at OSS are UCR.

Before my work at OSS, I worked for almost 19 years for Village Podiatry Group, which is a medical practice with multiple offices in metro Atlanta. I worked

as the Director of Revenue Cycle Management for Village Podiatry Group for 8 out of the 18 and a half years I worked there. My day-to-day job duties at Village Podiatry Group were essentially identical to those I now have at OSS. I oversaw billing and coding operations; I set rates; and, I analyzed Village Podiatry Group's billing practices as they compare to the local and national market in order to validate that the billing rates were UCR.

I have worked exclusively in this field for over 20 years in the Atlanta area. I am a Certified Professional Coder ("CPC") and I anticipate obtaining my certification as a Certified Professional Medical Auditor within a few months. My current certification required coursework and testing and it continues to require me to maintain my accreditation by completing 40 continuing education credits in the field every year. I am an active member of the American Academy of Professional Coders and the American Orthopedic Association. My curriculum vitae demonstrates my qualifications to opine that Ms. Williams's past and future medical bills from OSS were and are UCR. (See Exhibit A for my curriculum vitae; see also Exhibit B for my case list and Exhibit C for my fee schedule).

I analyze OSS's billing and coding practices on a daily basis. The first step of my methodology is to ensure that billing charges are accurate and UCR. First, I identify codes for analysis by referring to the patient's billing report that shows the

diagnostic and billing coding for a patient according to each visit. Then, I review those codes for accuracy. I do this by consulting industry-standard reference material such as the CPT Book and its industry-standard online analogs such as the CPT reference material provided by Optum. Like an online case reporter like Lexis Nexis or Westlaw, online CPT references like Optum's resources enable me to quickly, accurately and authoritatively ensure that CPT coding practices at OSS are UCR. Essentially, I use these resources to review each code line-by-line when analyzing UCR practices to confirm that the codes billed by the provider accurately reflect the procedures conducted by that physician. This step ensures that OSS's coding practices are accurate and UCR.

In this case, I determined that each code was accurately coded and UCR. First, I ran a patient report for Ms. Williams. (See Exhibit D for Billing Report of Ms. Williams). The report demonstrated to me that 26 discrete CPT codes applied to Ms. Williams's past and future treatment at OSS. I, then, personally reviewed each of those codes on a line-by-line basis in consultation with the online, industry-standard CPT references from Optum. (See Exhibit E for descriptions of CPT Codes charged on Ms. Williams's Billing Report). My review confirmed that the codes billed by Ms. Williams's providers accurately reflected the procedures completed by those providers. Accordingly, I concluded that the codes for Ms. Williams are accurate.

For example, Ms. William's billing report (Exh. D, pg. 2) indicates that she had her initial visit with Dr. Phillip Langer on December 9, 2019. On this date of service, there is a $499.00 charge for "Office Visit, New Pt., Level 4" along with the CPT code of 99204. I took CPT Code 99204 and ran a search in the CPT reference source and, after reading that the description that this code is for an "[o]ffice [. . .] visit for [. . .] a new patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making." (Exh. E, pg. 16). Since this entry was for Ms. Williams's initial visit with Dr. Langer who reviewed her medical history and examined Ms. Williams, I determined that this specific CPT code is accurate and UCR. I performed this exercise individually for each of the individual CPT codes indicated on Ms. Williams's billing report. My finding was that the CPT codes charged for Ms. Williams's treatment at OSS to be accurate and UCR.

My next step of my methodology is to ensure that OSS's charges for accurate CPT coding are UCR in terms of the regional and national markets. To achieve this, I consult additional industry-standard billing resources including third-party audits and national fee aggregators. My national fee aggregator of choice is Optum's Fee Analyzer because it is a reliable service that provides access to relative and actual physician charge data for a specific geographic area for each and every CPT code.

Optum's data are constantly updated and is among the best resources for identifying whether coding and billing practices are UCR by way of comparisons of different providers' practices for the same procedure in the same market. Taken together, these resources allow me to form opinions about how UCR OSS's coding and billing practices are relative to other providers in Atlanta.

In this case, I consulted Optum's Fee Analyzer. I told the resource which CPT code must be analyzed and within what geographical area. In response, Optum's Analyzer provides a succinct and easy-to-read printout that demonstrates what costs mark percentiles for that CPT code within that particular geographical space. Then, I compared the bill charged by OSS against the percentiles of Optum's Analyzer to ensure that OSS's bills are not outliers on the cost spectrum and that OSS's bills are within the mainstream of charges in the relevant market.

My conducted this comparative analysis for each CPT Code identified on Ms. William's billing report and that indicated to me that OSS's charges for Ms. Williams's treatment are UCR for the metro Atlanta area. (See Exhibit E for Optum Printouts for each CPT Code). This is especially true given the outstanding caliber of service and the excellence of OSS's physicians in comparison to other providers in this market. Accordingly, I concluded that Ms. Williams's bills at OSS are UCR.

By way of further example, OSS charged Ms. Williams $499.00 for her initial visit. As shown above, CPT code 99204 accurately reflects the nature of Ms. Williams's initial visit with Dr. Langer. As part of my review, I put CPT code 99204 into Optum's Fee Analyzer and I limited the geographical scope to the region's zip codes *viz.* "303## and 311##". (Exh. F, pg. 16). The resulting report indicated that the 50th percentile in this area for this charge is $492.02 (or roughly $10 dollars less than OSS's charge). (Id.) The report also indicates that the 60th percentile is $507.00 (or roughly $10 dollar more than OSS's charge). (Id.) My review of these data, based on my specialized knowledge of this field, showed me that OSS accurately charged Ms. Williams for her initial visit on December 9, 2020 and that that charge is situated between the 50th and 60th percentiles in the regional market. Since this charge is clearly within the mainstream for this code in the metro area, I concluded that OSS charged Ms. Williams a UCR amount for her initial visit with Dr. Langer. I performed this methodology for each of the 26 discrete CPT codes charged for Ms. Williams's treatment at OSS and I am, therefore, able to and intend to testify that my analysis of the bills for Ms. Williams's treatment at OSS are both accurate and UCR.

During the course of my review of bills at OSS, I also sometimes consult third-party audits of OSS's general billing and coding practices. Doctor's Management is

a third-party consulting firm that conducts periodic audits of OSS's billing and coding practices. In particular, I utilized the 2017 audit because Ms. Williams's treatment occurred exclusively in 2019 and 2020. (See Exhibit G for the 2017 Doctor's Management Audit). Doctor's Management's utilizes a cross-sectional analysis that considers the hourly billing and collections using the Harvard/RUC time study and a comparison of OSS's charges against national and state charges for the specific specialty. (Id.) Specifically, the audit assesses charges based on the average of conversion factors (charges divided by RVU's) for each of the procedure codes multiplied by the RVU for that procedure code. (Id.) The audit, furthermore, relies on data from established and well-accepted sources such as the Provider/Supplier Procedural Summary master file, and the Physician Fee Schedule Database, the Harvard/RUC/CMS time. (Id.) According to this audit, OSS's billing and coding practices are UCR because "the majority of your charges [are] within a reasonable range. Of the 55 unique procedure codes I analyzed, your charges for 18 procedures were below the average charge, 23 were less than 50% higher than the average charges and only 14 had charges that were higher than 50% of the average charge."

I consult the audit *in addition* to the study described above because the Doctor's Management's audit did find three problematic coding practices for CPT

codes 23440, 63685 and 22513 at OSS. To avoid billing and coding issues, I essentially consult this audit to ensure that these problematic codes are not on the particular patient's report that I am analyzing. In this case, I saw that those three problematic codes were not, in fact, charged for Ms. Williams's treatment.

Based on the foregoing methodology and data, I will testify that the past and future bills of OSS are UCR in the case of Ms. Williams. My evaluation relies on a replicable and easy-to-follow methodology that involves reference of the best data available in reliable, industry-standard resources. My evaluation concluded that the codes billed for Ms. Williams's billing report was both accurately coded and UCR in terms of the metro Atlanta market. Finally, I believe that my testimony due to my extensive personal knowledge of the internal workings of OSS by virtue of my employment there and my specialized knowledge about how to validate UCR practice will assist the trier of fact in this case in reaching a conclusion on whether OSS's bills for Ms. Williams are UCR.

/S/ Faith Beltzhoover.

# EXHIBIT A: CURRICULUM VITAE

## <u>Faith Beltzhoover</u>

### **Employment Qualifications**

1999-2018: Village Podiatry Group, Atlanta, Georgia: Director of Revenue Cycle Management.
- Oversee day-to-day operations in billing and coding.
- Validate billing and coding procedures.
- Review billing and coding procedures against regional and national standards.
- Set rates for billing and coding procedures.

2018-2022: Ortho Sport and Spine Physicians, Atlanta, Georgia: Director of Revenue Cycle Management.
- Oversee day-to-day operations in billing and coding.
- Validate billing and coding procedures.
- Review billing and coding procedures against regional and national standards.
- Set rates for billing and coding procedures.

### **Professional Certifications and Memberships**

American Academy of Professional Coders: Certified Professional Coder.
American Academy of Professional Coders: Certified Professional Medical Auditor (expected in March 2023)
American Orthopedic Association: member.

### **Publications in the last 10 years**

None.

EXHIBIT B: List of Testimony in the past 4 Years

1. Charisse Williams v. Dollar Tree for Charisse Williams – US District Court of Northern District of Georgia – Case No. 1:21-CV-01609-WMR.

2. Tyrone Cannida v. Yolday Jimenez for Tyrone Cannida – Circuit Court of the 19th Judicial Circuit for St. Lucie County, Florida – Case No. 2021CA000908.

3. Martisha Nealy v. Fordyce Townes and G & D Trucking, LLC for Martisha Nealy – Dekalb County State Court, Georgia – Case No. 20A84129.

4. Charles Manning-Walker v. Stanton for Charles Manning-Walker – State Court of Hall County, Georgia – Case No. 2020SV244N.

5. Moulay Youssef Azizsbai v. Charles Patterson for Moulay Youssef Azizsbai – Fulton County State Court, Georgia – Case No. 20EV002936.

6. Juan Torres v. Abigail Ellison for Juan Torres – Cobb County State Court, Georgia – Case No. 20A335.

7. Lisa Wright-Mullen v. Lisa Wright for Lisa Wright – Chatham County, Georgia – Case No. STVcv1800097.

8. Jarell Adams v. John Phillips for Jarell Adams – State Court of Fulton County, Georgia – Case No. 18EV004160.

EXHIBIT C: Statement of Compensation

**General**

o. $300/hr for Expert Consulting

o  $400/hr (minimum 4 hours) for Deposition Appearance or Video Testimony

o  $300/hr for Travel

o  At cost: other expenses incurred at the direction of either party.

Hourly rates are billed in 15-minute increments. I must be notified of dates of deposition and/or trial at least three weeks in advance. Additionally, I must be notified of a canceled or rescheduled trial or deposition at least week in advance to avoid a cancellation fee of 75% of the invoice.

EXHIBIT D: Patient Billing Report for Charisse Williams

## Itemized Billing Statement

**Date Range:** Jul 28, 2019 - Feb 10, 2021

**Provider:**     All                           **Patient:** Williams, Charisse

| **PATIENT NAME:** | Williams, Charisse | **ACCOUNT #:** AB47017 | | **DOB:** | ▮ |
|---|---|---|---|---|---|
| **MOBILE PHONE:** | ▮ | **ADDRESS:** | ▮ | **PHONE:** | 999-999-9999 |

| FacilityName | Rendering Provider Name | CLAIM # | Service Date | CODE/DESC | Mod1 | Units | ICD | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Helmi, Hany M | 187922 | Sep 23, 2019 | 99070 CYCLOBENZAPRINE 10MG #30 | | 30 | M50.20 M47.812 M25.512 M25.511 | $31.20 |
| Ortho Sport & Spine Physicians | Helmi, Hany M | 187922 | Sep 23, 2019 | 99204 Office Visit, New Pt., Level 4 | | 1 | M50.20 M47.812 M25.512 M25.511 | $499.00 |
| **CLAIM BALANCE** | | | | | | | | **$530.20** |
| Orthopedic Surg Ctr of Sandy Springs | Helmi, Hany M | 189500 | Oct 2, 2019 | 64490 INJ PARAVERT F JNT C/T 1 LEV | 50 | 1 | M47.812 | $2,952.00 |
| Orthopedic Surg Ctr of Sandy Springs | Helmi, Hany M | 189500 | Oct 2, 2019 | 64491 INJ PARAVERT F JNT C/T 2 LEV | 50 | 1 | M47.812 | $1,534.00 |
| Orthopedic Surg Ctr of Sandy Springs | Helmi, Hany M | 189500 | Oct 2, 2019 | 64492 INJ PARAVERT F JNT C/T 3 LEV | 50 | 1 | M47.812 | $1,370.00 |
| **CLAIM BALANCE** | | | | | | | | **$5,856.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 190219 | Oct 2, 2019 | 64490 ASC INJ PARAVERT F JNT C/T 1 LEV | 50 | 1 | M47.812 | $4,548.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 190219 | Oct 2, 2019 | 64491 ASC INJ PARAVERT F JNT C/T 2 LEV | 50 | 1 | M47.812 | $1,966.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 190219 | Oct 2, 2019 | 64492 ASC INJ PARAVERT F JNT C/T 3 LEV | 50 | 1 | M47.812 | $1,630.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 190219 | Oct 2, 2019 | 99070 CUSTOM STERILE INJECTION TRAY | | 1 | M47.812 | $197.00 |
| **CLAIM BALANCE** | | | | | | | | **$8,341.00** |
| Orthopedic Surg | Helmi, Hany | 190922 | Oct 9, 2019 | 64490 INJ PARAVERT F | 50 | 1 | M53.82 | $2,952.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ctr of Sandy Springs | M | | | JNT C/T 1 LEV | | | | |
| Orthopedic Surg Ctr of Sandy Springs | Helmi, Hany M | 190922 | Oct 9, 2019 | 64491 INJ PARAVERT F JNT C/T 2 LEV | 50 | 1 | M53.82 | $1,534.00 |
| Orthopedic Surg Ctr of Sandy Springs | Helmi, Hany M | 190922 | Oct 9, 2019 | 64492 INJ PARAVERT F JNT C/T 3 LEV | 50 | 1 | M53.82 | $1,370.00 |

| **CLAIM BALANCE** | | | | | | | | **$5,856.00** |
|---|---|---|---|---|---|---|---|---|
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 191520 | Oct 9, 2019 | 64490 ASC INJ PARAVERT F JNT C/T 1 LEV | 50 | 1 | M53.82 | $4,548.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 191520 | Oct 9, 2019 | 64491 ASC INJ PARAVERT F JNT C/T 2 LEV | 50 | 1 | M53.82 | $1,966.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 191520 | Oct 9, 2019 | 64492 ASC INJ PARAVERT F JNT C/T 3 LEV | 50 | 1 | M53.82 | $1,630.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 191520 | Oct 9, 2019 | 99070 CUSTOM STERILE INJECTION TRAY | | 1 | M53.82 | $197.00 |

| **CLAIM BALANCE** | | | | | | | | **$8,341.00** |
|---|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Helmi, Hany M | 193593 | Oct 24, 2019 | 99070 CYCLOBENZAPRINE 10MG #30 | 30 | | M47.812 | $31.20 |
| Ortho Sport & Spine Physicians | Helmi, Hany M | 193593 | Oct 24, 2019 | 99212 Office Visit, Est Pt., Level 2 | | 1 | M47.812 | $129.00 |

| **CLAIM BALANCE** | | | | | | | | **$160.20** |
|---|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 201471 | Dec 9, 2019 | 73030 X-RAY EXAM OF SHOULDER | LT | 1 | M25.512 S43.429A S43.439A M75.40 | $96.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 201471 | Dec 9, 2019 | 97110 THERAPEUTIC EXERCISES | | 1 | M25.512 S43.429A S43.439A M75.40 | $72.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 201471 | Dec 9, 2019 | 97535 SELF CARE MNGMENT TRAINING | | 1 | M25.512 S43.429A S43.439A M75.40 | $91.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 201471 | Dec 9, 2019 | 99204 Office Visit, New Pt., Level 4 | | 1 | M25.512 S43.429A S43.439A M75.40 | $499.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLAIM BALANCE** | | | | | | | | **$758.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 207435 | Jan 13, 2020 | 97110 THERAPEUTIC EXERCISES | | 1 | M75.40 S43.429A | $72.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 207435 | Jan 13, 2020 | 97535 SELF CARE MNGMENT TRAINING | | 1 | M75.40 S43.429A | $91.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 207435 | Jan 13, 2020 | 99213 Office Visit, Est Pt., Level 3 | | 1 | M75.40 S43.429A | $213.00 |
| **CLAIM BALANCE** | | | | | | | | **$376.00** |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 209103 | Jan 21, 2020 | 29826 SHOULDER ARTHROSCOPY/SURGERY | LT | 1 | M75.122 M75.42 M24.112 | $5,451.00 |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 209103 | Jan 21, 2020 | 29827 ARTHROSCOP ROTATOR CUFF REPR | LT | 1 | M75.122 M75.42 M24.112 | $5,222.00 |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 209103 | Jan 21, 2020 | 97016 VASOPNEUMATIC DEVICE THERAPY | | 1 | M75.122 M75.42 M24.112 | $58.00 |
| **CLAIM BALANCE** | | | | | | | | **$10,731.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 209227 | Jan 22, 2020 | 73030 X-RAY EXAM OF SHOULDER | LT | 1 | M25.512 | $96.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 209227 | Jan 22, 2020 | 99024 POSTOP AFTER SURGERY | | 1 | M25.512 | $0.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 209227 | Jan 22, 2020 | TRAN3 #3 Non-emergency transportation; per diem | | 1 | M25.512 | $450.00 |
| **CLAIM BALANCE** | | | | | | | | **$546.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 209716 | Jan 21, 2020 | 29826 ASC SHOULDER ARTHROSCOPY/SURGERY | LT | 1 | M75.122 M75.42 M24.112 | $16,898.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 209716 | Jan 21, 2020 | 29827 ASC ARTHROSCOP ROTATOR CUFF REPR | LT | 1 | M75.122 M75.42 M24.112 | $16,188.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 209716 | Jan 21, 2020 | C1713 Anchor/screw bn/bn,tis/bn | | 1 | M75.122 M75.42 M24.112 | $3,981.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 209716 | Jan 21, 2020 | L3670 SHOULDER SLING w/ Pillow | LT | 1 | M75.122 M75.42 M24.112 | $585.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIM BALANCE** | | | | | | | | | **$37,652.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 210753 | Jan 21, 2020 | 01630 ANESTH, SURGERY OF SHOULDER | AA | 12 | | M75.122 M75.42 M24.112 | $4,200.00 |
| **CLAIM BALANCE** | | | | | | | | | **$4,200.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 210754 | Jan 21, 2020 | 64415 N BLOCK INJ, BRACHIAL PLEXUS | 59 | 8 | | M75.122 M75.42 M24.112 | $2,800.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 210754 | Jan 21, 2020 | 76942 US Guided Injection | | 1 | | M75.122 M75.42 M24.112 | $650.00 |
| **CLAIM BALANCE** | | | | | | | | | **$3,450.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 211777 | Feb 3, 2020 | 97164 PT RE-EVAL EST PLAN CARE | | 1 | | S43.429A | $180.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 211777 | Feb 3, 2020 | 99024 POSTOP AFTER SURGERY | | 1 | | S43.429A | $0.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 211777 | Feb 3, 2020 | A4550 STERILE TRAY | NU | 1 | | S43.429A | $25.00 |
| **CLAIM BALANCE** | | | | | | | | | **$205.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 213139 | Jan 21, 2020 | E1399 GAME READY CONTROL UNIT GR2.1 | RR | 14 | | M50.20 M47.812 | $980.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 213139 | Jan 21, 2020 | E1399 GAME READY WRAP | RR | 14 | | M50.20 M47.812 | $0.00 |
| **CLAIM BALANCE** | | | | | | | | | **$980.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 218324 | Feb 4, 2020 | E1399 GAME READY CONTROL UNIT GR2.1 | RR | 14 | | M75.40 | $980.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 218324 | Feb 4, 2020 | E1399 GAME READY WRAP | RR | 14 | | M75.40 | $0.00 |
| **CLAIM BALANCE** | | | | | | | | | **$980.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 241962 | Jul 6, 2020 | 97164 PT RE-EVAL EST PLAN CARE | | 1 | | S43.429A M75.40 | $180.00 |

| Provider | Patient | Claim | Date | Service | | Units | Dx | Amount |
|---|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 241962 | Jul 6, 2020 | 99213 Office Visit, Est Pt., Level 3 | | 1 | S43.429A M75.40 | $213.00 |
| **CLAIM BALANCE** | | | | | | | | **$393.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 244513 | Jul 20, 2020 | 99213 Office Visit, Est Pt., Level 3 | | 1 | M75.40 S43.429A | $213.00 |
| **CLAIM BALANCE** | | | | | | | | **$213.00** |
| OSSP IMAGING of North Atlanta | Feiner, Clifford | 247006 | Jul 17, 2020 | 73221 MRI JOINT UPR EXTREM W/O DYE | | 1 | S43.429A | $1,825.00 |
| **CLAIM BALANCE** | | | | | | | | **$1,825.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 247619 | Aug 5, 2020 | NOSHW NO SHOW CLINIC VISIT FEE | | 1 | | $50.00 |
| **CLAIM BALANCE** | | | | | | | | **$50.00** |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 249667 | Aug 18, 2020 | 29826 SHOULDER ARTHROSCOPY/SURGERY | 22 | 1 | M75.122 M75.42 | $5,451.00 |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 249667 | Aug 18, 2020 | 29827 ARTHROSCOP ROTATOR CUFF REPR | 22 | 1 | M75.122 M75.42 | $5,222.00 |
| Orthopedic Surg Ctr of Sandy Springs | Langer, Phillip R | 249667 | Aug 18, 2020 | 97760 ORTHOTIC MGMT AND TRAINING | | 1 | M75.122 M75.42 | $204.00 |
| **CLAIM BALANCE** | | | | | | | | **$10,877.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249751 | Aug 18, 2020 | 29826 ASC SHOULDER ARTHROSCOPY/SURGERY | 22 | 1 | M75.122 M75.42 | $16,898.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249751 | Aug 18, 2020 | 29827 ASC ARTHROSCOP ROTATOR CUFF REPR | 22 | 1 | M75.122 M75.42 | $16,188.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249751 | Aug 18, 2020 | C1713 Anchor/screw bn/bn,tis/bn | | 1 | M75.122 M75.42 | $8,481.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249751 | Aug 18, 2020 | L3670 SHOULDER SLING w/ Pillow | LT | 1 | M75.122 M75.42 | $585.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLAIM BALANCE** | | | | | | | | **$42,152.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249753 | Aug 18, 2020 | 01630 ANESTH, SURGERY OF SHOULDER | QZ | 13 | M75.122 M75.42 | $4,550.00 |
| **CLAIM BALANCE** | | | | | | | | **$4,550.00** |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249754 | Aug 18, 2020 | 64415 N BLOCK INJ, BRACHIAL PLEXUS | 59 | 8 | M25.512 | $2,800.00 |
| Orthopedic Surg Ctr of Sandy Springs | of Sandy Springs, Orthopedic Surgery Center | 249754 | Aug 18, 2020 | 76942 US Guided Injection | | 1 | M25.512 | $650.00 |
| **CLAIM BALANCE** | | | | | | | | **$3,450.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 250213 | Aug 19, 2020 | 73030 X-RAY EXAM OF SHOULDER | LT | 1 | M75.40 S43.429A M25.512 | $96.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 250213 | Aug 19, 2020 | 99024 POSTOP AFTER SURGERY | 25 | 1 | M75.40 S43.429A M25.512 | $0.00 |
| **CLAIM BALANCE** | | | | | | | | **$96.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 252405 | Sep 2, 2020 | 99024 POSTOP AFTER SURGERY | | 1 | M50.20 M47.812 | $0.00 |
| **CLAIM BALANCE** | | | | | | | | **$0.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 254552 | Aug 18, 2020 | E1399 GAME READY CONTROL UNIT GR2.1 | RR | 1 | M50.20 M47.812 | $1,500.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 254552 | Aug 18, 2020 | E1399 GAME READY WRAP | RR | 1 | M50.20 M47.812 | $0.00 |
| **CLAIM BALANCE** | | | | | | | | **$1,500.00** |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 255167 | Sep 16, 2020 | 97164 PT RE-EVAL EST PLAN CARE | | 1 | S43.429A S43.439A | $180.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 255167 | Sep 16, 2020 | 99024 POSTOP AFTER SURGERY | 1 | S43.429A S43.439A | $0.00 |

| | | |
|---|---|---|
| **CLAIM BALANCE** | | **$180.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 260359 | Oct 14, 2020 | 97164 PT RE-EVAL EST PLAN CARE | 1 | S43.429A M75.40 | $180.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 260359 | Oct 14, 2020 | 99024 POSTOP AFTER SURGERY | 1 | S43.429A M75.40 | $0.00 |

| | | |
|---|---|---|
| **CLAIM BALANCE** | | **$180.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 267042 | Nov 11, 2020 | 99024 POSTOP AFTER SURGERY | 1 | M75.40 S43.429A | $0.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 267042 | Nov 11, 2020 | 99072 PPE Related to Public Health Emergency | 1 | M75.40 S43.429A | $0.00 |

| | | |
|---|---|---|
| **CLAIM BALANCE** | | **$0.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians | Langer, Phillip R | 272165 | Dec 9, 2020 | 97164 PT RE-EVAL EST PLAN CARE | 1 | S43.429A M75.40 | $180.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 272165 | Dec 9, 2020 | 99072 PPE Related to Public Health Emergency | 1 | S43.429A M75.40 | $0.00 |
| Ortho Sport & Spine Physicians | Langer, Phillip R | 272165 | Dec 9, 2020 | 99213 Office Visit, Est Pt., Level 3 | 1 | S43.429A M75.40 | $213.00 |

| | | |
|---|---|---|
| **CLAIM BALANCE** | | **$393.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Orthopedic Surg Ctr of Sandy Springs | Joshi, Apurve | 283434 | Aug 7, 2020 | PREOP PREOP VISIT | 1 | | $0.00 |

| | | |
|---|---|---|
| **CLAIM BALANCE** | | **$0.00** |
| **ACCOUNT SUMMARY** | | **$154,821.40** |

Feb 10, 2021          1          3:21:47 PM

**SURGEONS**

DR. HODARI BROOKS, MD
ORTHOPEDIC EXTREMITY SURGEON &
TOTAL JOINT REPLACEMENT

DR. MARK FLOOD, MD
ORTHOPEDIC & ENDOSCOPIC SPINE
SURGEON

DR. PHILLIP LANGER, MD., MS., FAAOS
ORTHOPEDIC EXTREMITY SURGEON &
SPORTS MEDICINE

**PHYSICIANS**

DR. JESS ARCURE, MD
INTERVENTIONAL SPINE

DR. HANY HELMI, MD, DC
INTERVENTIONAL SPINE

DR. AMIT PATEL, MD
INTERVENTIONAL SPINE

DR. JEFFREY LEE, DO
INTERVENTIONAL SPINE

DR. RYAN ROSEN, MD
INTERVENTIONAL SPINE

DR. ZAHRA MERCHANT, MD
INTERVENTIONAL SPINE

**NURSE PRACTITIONERS**

CASEY BLACK, NP-C

CHRISTOPHER BUSH, NP-C

MELANIE CLARK, NP-C

HAYDEN FROLO, NP-C

MELISSA HAGIN, APRN, NP-C

KIM KUEBLER, DNP, APRN, ANP-BC

NORMA SWEET, DNP, APRN

ANTHONY WADE, PA-C

KEITH WAGONER, PA-C

**LOCATIONS**

ALBANY, GA

AUGUSTA, GA

BUFORD, GA

CHARLESTON, SC

COLUMBIA, SC

COLUMBUS, GA

DECATUR, GA

KENNESAW, GA

MACON, GA

MORROW, GA

NASHVILLE, TN

SANDY SPRINGS, GA

SAVANNAH, GA

**OUR MISSION**

"HOPE FOR THOSE WE SERVE,
HAPPINESS FOR THOSE WE SERVE
BESIDE."



<u>**SURGICAL ESTIMATE**</u>

PATIENT: CHARISSE WILLIAMS

DOB: 07/27/1967

SURGEON: PHILLIP R. LANGER, MD

SURGERY: <u>**RIGHT SHOULDER RCR, SAD, AND SLAP DEBRIDEMENT**</u>

| CPT CODE(S) | 29827, 29826, 29823 |
|---|---|
| PROFESSIONAL FEE | $16,890.00 |
| FACILITY FEE | $52,359.00 |
| ANESTHESIA | $3,500.00 |
| IMPLANTS & INSTRUMENTS | $8,553.00 |
| REGIONAL BLOCK | $3,450.00 |
| **TOTAL ESTIMATE** | $84,752.00 |

*Please be advised the estimate may be subject to change once the surgery is completed and services have been rendered.*

EXHIBIT E: All CPT Codes identified in Ms. Williams's billing report

## General Code Information

| CPT® Code: | 29823 | Quarter:  Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Arthroscopy, shoulder, surgical; debridement, extensive, 3 or more discrete structures (eg, humeral bone, humeral articular cartilage, glenoid bone, glenoid articular cartilage, biceps tendon, biceps anchor complex, labrum, articular capsule, articular side of the rotator cuff, bursal side of the rotator cuff, subacromial bursa, foreign body[ies]) | | |
| **Lay Description:** | The patient is positioned side-lying with arm suspended using a weight and a pulley system. An anesthetic is administered. Small percutaneous poke hole (port) incisions are made around the shoulder joint to allow access to all areas of the shoulder joint. A solution is pumped through one of these incisions and into the joint to expand the joint for better visualization and to cleanse the joint. The arthroscope is inserted allowing the physician to perform a diagnostic arthroscopic exam by visualizing the shoulder joint. A long-acting local anesthetic may be injected into the joint to help with postoperative pain. The joint is irrigated and sutures, band aids, or Steri-strips close the incisions. The area is covered with a dressing and a sling or shoulder immobilizer is applied. Report 29822 if the arthroscopic surgery is performed with limited debridement consisting of one or two discrete structures, including the articular capsule, the articular or bursal side of the rotator cuff, biceps anchor complex or tendon, glenoid or humeral bone or articular cartilage, labrum, subacromial bursa, or one or more foreign bodies. Report 29823 if the debridement is extensive and includes three or more of these structures. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | |

## General Code Information

| **CPT® Code:** | 29826 | Quarter:  Oct - Dec 2022 |
|---|---|---|
| **Description:** | Arthroscopy, shoulder, surgical; decompression of subacromial space with partial acromioplasty, with coracoacromial ligament (ie, arch) release, when performed (List separately in addition to code for primary procedure) | |
| **Lay Description:** | The physician makes small percutaneous poke hole incisions around the shoulder joint to allow access to all areas of the joint. A solution is pumped through one of these incisions and into the joint to expand the joint for better visualization and to cleanse the joint. The subacromial space is decompressed and a partial acromioplasty, with or without coracoacromial release, is performed. The patient is seated with the torso raised and a sheet placed on the medial border of the affected scapula. Anterior, lateral, and posterior arthroscopic portals are established and a cannula is inserted through the anterior and lateral portals to accommodate the inflow and instrumentation. The arthroscope is inserted into the posterior portal, where it is driven into the subacromial space for visualization of the subacromial joint. A limited bursectomy is performed using a full radius shaver and, if necessary, the physician clears the undersurface of the anterolateral acromion of soft tissue using intra-articular cautery. The acromial ligament may be released. A long-acting local anesthetic may be injected into the joint to help with postoperative pain. The joint is irrigated and suture, band aid, or Steri-strips close the incisions. The area is covered with a dressing and a sling or shoulder immobilizer is applied. | |



Anterior views showing structures of the subacromial space

Supraspinatus muscle and tendon · Acromion · Bursa · Scapula · Deltoid muscle · Glenoid cavity

Acromion · Coracoacromial ligament · Coracoid process · Supraspinatus tendon · Humerus · Subscapularis muscle

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| | |
|---|---|
| **CPT® Code:** | 29827          Quarter: Oct - Dec 2022 |
| **Description:** | Arthroscopy, shoulder, surgical; with rotator cuff repair |
| **Lay Description:** | The physician performs a surgical arthroscopy of the shoulder to repair a torn rotator cuff. The patient is positioned side-lying with the arm suspended. Small percutaneous poke hole incisions are made around the shoulder through which the arthroscopic instruments are inserted. A solution is pumped through one of these incisions to cleanse and expand the joint for better visualization. The physician first performs a diagnostic arthroscopic exam to assess the joint. A limited bursectomy may be performed with a subacromial decompression in which the undersurface of the anterolateral acromion is cleared of soft tissue, if necessary. A small percutaneous incision may be made laterally incorporating one of the portholes to facilitate the arthroscopic repair. The deltoid muscle is split from its acromion attachment about 5 cm and the tendon edge is debrided and mobilized. A transverse bony trough 3 to 4 mm is made and tunnels are drilled through the bone trough to the lateral cortex of the greater tuberosity. The tendon edge is brought into the trough with permanent sutures and anchor sutures are placed. Sutures are placed into the bone and brought through the tendon. A hemostat is placed on the cuff to retract the tendon and take tension off the sutures. The anchor sutures are tied down, followed by the sutures to the bony trough. The free ends of the sutures are passed through the tunnels and tied over a bony bridge. The longitudinal portions of the tear are closed with absorbable suture and a range of motion check is done on the arm. The deltoid splits, subcutaneous tissue, and skin are closed with suture, band aid, or Steri-strip, and the arm is placed in a sling to maintain abduction. |



Posterior view

Supraspinatus muscle
Acromion
Infraspinatus tendon
Teres minor muscle and tendon
Infraspinatus muscle
Humerus

Acromion
Supraspinatus tendon
Humerus
Subscapularis tendon
Glenoid rim of scapula
Subscapularis muscle

Anterior view

Four rotator cuff tendons (supraspinatus, infraspinatus, teres minor, and scapularis) work together to hold the head of the humerus in the glenoid cavity

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 64415 | Quarter:  Oct - Dec 2022 |
|---|---|---|

| Description: | Injection(s), anesthetic agent(s) and/or steroid; brachial plexus |
|---|---|

| Lay Description: | The physician injects one or more anesthetic agents and/or steroids near the brachial plexus to relieve pain and inflammation in 64415. The physician draws a local anesthetic and/or steroid into a syringe and injects it into a targeted area near the brachial plexus, approached in one of three locations: intrascalene, supraclavicular, or axillary. In 64416, continuous infusion of local anesthetic and/or steroid through a catheter is done to provide a nerve block lasting longer than the block effect achieved through a single injection. An indwelling catheter is placed and positioned so as to provide anesthesia to the brachial plexus. An infusion pump is connected to the catheter to supply a continuous flow of infused agent at a set rate. The infusion system may be used for regional surgical anesthesia when general anesthesia is not required and for postoperative pain management. Catheter placement is included in 64416 and is not reported separately. |
|---|---|

An anesthetic agent is injected to block the brachial plexus, a group of nerves serving the arm and upper thorax

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| | |
|---|---|
| **CPT® Code:** | 64490      Quarter: Oct - Dec 2022 |
| **Description:** | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; single level |
| **Lay Description:** | The physician injects a diagnostic or therapeutic agent into a cervical or thoracic paravertebral facet joint or into the nerves that innervate the joint using fluoroscopic or CT guidance. The paravertebral facet joints, also called zygapophyseal or "Z" joints, consist of the bony surfaces between the vertebrae that articulate with each other. The injection may be performed on a single level or on multiple levels. Report 64490 for a single level, 64491 for a second level, and 64492 for the third and any additional levels. |

Thoracic vertebra (superior view)

Spinous process
Transverse costal facet
Lamina
Pedicle
Superior costal facet
Superior articular facets
Vertebral body

Superior view of C7

Spinous process
Superior articular facets
Vertebral body

**Interventional Radiology Codes:**

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| | |
|---|---|
| **CPT® Code:** | 64492       Quarter: Oct - Dec 2022 |
| **Description:** | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; third and any additional level(s) (List separately in addition to code for primary procedure) |
| **Lay Description:** | The physician injects a diagnostic or therapeutic agent into a cervical or thoracic paravertebral facet joint or into the nerves that innervate the joint using fluoroscopic or CT guidance. The paravertebral facet joints, also called zygapophyseal or "Z" joints, consist of the bony surfaces between the vertebrae that articulate with each other. The injection may be performed on a single level or on multiple levels. Report 64490 for a single level, 64491 for a second level, and 64492 for the third and any additional levels. |

No Image Available

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | | |
|---|---|---|
| **CPT® Code:** | 73030    Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** | Radiologic examination, shoulder; complete, minimum of 2 views | |
| **Lay Description:** | Films are taken of the shoulder. The patient is supine with the arm extended to a 90 degree angle from the body and externally rotated while the head is turned to face opposite the affected side. Code 73020 is for reporting one view only and 73030 specifies a minimum of two views. | |

| Interventional Radiology Codes: |
|---|
| Not Applicable |

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | | |
|---|---|---|
| **CPT® Code:** | 73221        Quarter:  Oct - Dec 2022 | No Image Available |
| **Description:** | Magnetic resonance (eg, proton) imaging, any joint of upper extremity; without contrast material(s) | |
| **Lay Description:** | Magnetic resonance imaging (MRI) is a radiation-free, noninvasive, technique to produce high quality sectional images of the inside of the body in multiple planes. MRI uses the natural magnetic properties of the hydrogen atoms in our bodies that emit radiofrequency signals when exposed to radio waves within a strong electro-magnetic field. These signals are processed and converted by the computer into high-resolution, three-dimensional, tomographic images. Patients with metallic or electronic implants or foreign bodies cannot be exposed to MRI. The patient must remain still while lying on a motorized table within the large, circular MRI tunnel. A sedative may be administered as well as contrast material for image enhancement. For any joint of the upper extremity. Report 73221 if no contrast is used; 73222 if performed with contrast; and 73223 if performed first without contrast and again following the injection of contrast. | |
| **Interventional Radiology Codes:** | | |
| 23350 | | |

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| | | No Image Available |
|---|---|---|
| **CPT® Code:** | 76942       Quarter: Oct - Dec 2022 | |
| **Description:** | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | |
| **Lay Description:** | Ultrasonic guidance is used for guiding needle placement required for procedures such as breast biopsies, needle aspirations, injections, or placing localizing devices. Ultrasound is the process of bouncing sound waves far above the level of human perception through interior body structures. The sound waves pass through different densities of tissue and reflect back to a receiving unit at varying speeds. The unit converts the waves to electrical pulses that are immediately displayed in picture form on screen. Once the exact needle entry site is determined along with the depth of the lesion, the optimal route from the skin to the lesion is decided. The needle is inserted and advanced to the lesion under ultrasonic guidance. This code reports the imaging supervision and interpretation only for this procedure. | |

## Interventional Radiology Codes:

see appropriate organ or site

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 97016 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Application of a modality to 1 or more areas; vasopneumatic devices | | |
| **Lay Description:** | The health care provider applies a vasopneumatic device to treat extremity edema (usually lymphedema). A pressurized sleeve is applied. Girth measurements are taken pre- and posttreatment. Typically only one session is reported per day. However, when multiple separate treatment sessions are performed per day, it is appropriate to report each treatment session. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 97110 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | | |
| **Lay Description:** | The qualified health care provider is in direct contact with one patient while using techniques specific to therapeutic exercise to one or more body areas to develop strength, endurance, and flexibility. This code requires direct contact by a qualified health care provider with the patient and is billed in 15-minute units. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 97164 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|

| Description: | Re-evaluation of physical therapy established plan of care, requiring these components: An examination including a review of history and use of standardized tests and measures is required; and Revised plan of care using a standardized patient assessment instrument and/or measurable assessment of functional outcome Typically, 20 minutes are spent face-to-face with the patient and/or family. |
|---|---|

| Lay Description: | Physical therapy evaluation (97161-97163) is a dynamic process in which the physical therapist makes clinical judgments based on data gathered during examination. Examination includes taking a comprehensive history, performing a systems review, and conducting tests and measures. The physical therapist evaluates the examination findings, establishes a physical therapy diagnosis, determines the prognosis, and develops a plan of care that includes goals and expected outcomes, interventions to be used, and anticipated plans for conclusion of care. There are three levels of physical therapy evaluation: low, moderate, and high complexity. The level of evaluation performed is dependent on the degree of clinical decision making and on the severity of the patient's condition. Severity is measured by the number of elements determined present from the following components of the evaluation: body structure and function, activity limitations, and/or participation restrictions. A physical therapy reevaluation (97164) should be reported when the physical therapist reexamines the patient to evaluate progress, and to modify or redirect intervention and/or revise anticipated goals and expected outcomes. Reexamination may be indicated more than once during a plan of care. The physical therapist conducts tests and measures and modifies the plan of care as indicated in support of the medical necessity of skilled intervention. For the purpose of a physical therapy evaluation, body systems are defined as musculoskeletal, neuromuscular, cardiovascular, pulmonary, and integumentary. Body regions are the head, neck, back, lower and upper extremities, and the trunk. A review of the musculoskeletal system comprises assessing gross symmetry, gross range of motion (ROM), gross strength, and the patient's height and weight. For the neuromuscular system, the provider conducts a general assessment of the patient's balance, gait, locomotion, transfers, and transitions as part of their gross coordinated movements, as well as the patient's motor function, including motor control and motor learning. In assessing the cardiovascular and pulmonary body systems, the provider reviews the patient's heart and respiratory rates and blood pressure, and looks for signs of edema. For the integumentary system, the provider reviews the skin's color, texture, and integrity, and whether any scars have formed. In addition to assessing body systems, the physical therapy evaluation should include the general condition of the patient, such as the ability to communicate needs; level of consciousness; being oriented to persons, place, and time; and anticipated emotional and behavioral responses. In addition, the provider should identify which learning or educational needs the patient shows a preference for over another. Body structures are the structural or anatomical parts of the body, such as organs, limbs, and their components, classified according to body systems. Personal factors that exist but do not impact the plan of care should not be considered when selecting the level of evaluation. However, factors that influence how disability is experienced by the individual should be considered. Examples include sex, age, coping styles, social background, education, profession, past and current experience, overall behavior pattern, and character. Coordinating, consulting, and collaborating with other clinicians or agencies regarding the patient's care is rendered as appropriate to the needs of the patient, family, and/or caregivers. Report 97161 for a physical therapy evaluation of low complexity, 97162 for moderate complexity, and 97163 for high complexity. Report 97164 for re-evaluation of an established physical therapist plan of care. |
|---|---|

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 97535 | | No Image Available |
|---|---|---|---|
| | | Quarter: Oct - Dec 2022 | |
| **Description:** | Self-care/home management training (eg, activities of daily living (ADL) and compensatory training, meal preparation, safety procedures, and instructions in use of assistive technology devices/adaptive equipment) direct one-on-one contact, each 15 minutes | | |
| **Lay Description:** | A qualified health care provider instructs and trains a patient in self-care and home management activities (e.g., ADL and use of adaptive equipment in the kitchen, bath, and/or car). This code requires direct contact by a qualified health care provider with the patient and is billed in 15-minute units. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 97760 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Orthotic(s) management and training (including assessment and fitting when not otherwise reported), upper extremity(ies), lower extremity(ies) and/or trunk, initial orthotic(s) encounter, each 15 minutes | | |
| **Lay Description:** | The health care provider fits and/or trains the patient in the use of an orthotic (97760) device for one or more body parts, including assessment as to the type of orthotic, as appropriate; however, this service does not include fabrication time or cost of materials. Report 97761 for upper or lower extremity prosthetics training only. These codes describe initial encounters. Report 97763 for upper or lower extremity orthotics or prosthetics management and/or training, including evaluating the effectiveness of an existing orthotic or prosthetic device and making recommendations for changes, as appropriate, during a subsequent encounter. Each of these services is reported in 15-minute increments. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 99070 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Supplies and materials (except spectacles), provided by the physician or other qualified health care professional over and above those usually included with the office visit or other services rendered (list drugs, trays, supplies, or materials provided) | | |
| **Lay Description:** | Code 99070 is adjunct to basic services rendered. The physician or other qualified provider reports this code to indicate supplies and materials provided over and above those usually included with an office visit or services rendered. This code does not include eyeglasses; report the appropriate supply code if eyeglasses are provided. List drugs, trays, supplies, and other materials provided when using this code. Code 99072 reports additional supplies, materials, and clinical staff time necessary to perform safety protocols only during a public health emergency (PHE) due to respiratory-transmitted infectious disease. Examples include cleaning supplies, face shields and surgical masks, pre-visit screenings and instructions, and symptom checks upon patient's arrival to the office. Extra precautions, over and above those usually included in an office visit or other non-facility services, are taken to ensure the safety of patients and health care professionals during in-person interactions while allowing for the provision of evaluation, treatment, or procedural services. Use of this code does not depend on a specific patient diagnosis. It may be reported only once per in-person patient encounter per provider identification number. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 99204 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Office or other outpatient visit for the evaluation and management of a new patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making. When using time for code selection, 45-59 minutes of total time is spent on the date of the encounter. | | |
| **Lay Description:** | Providers report these codes for new patients being seen in the doctor's office, a multispecialty group clinic, or other outpatient environment. All require a medically appropriate history and/or examination. Code selection is based on the level of medical decision making (MDM) or total time personally spent by the physician and/or other qualified health care professional(s) on the date of the encounter. Factors to be considered in MDM include the number and complexity of problems addressed during the encounter, amount and complexity of data requiring review and analysis, and the risk of complications and/or morbidity or mortality associated with patient management. The most basic service is represented by 99202, which entails straightforward MDM. If time is used for code selection, 15 to 29 minutes of total time is spent on the day of encounter. Report 99203 for a visit requiring a low level of MDM or 30 to 44 minutes of total time; 99204 for a visit requiring a moderate level of MDM or 45 to 59 minutes of total time; and 99205 for a visit requiring a high level of MDM or 60 to 74 minutes of total time. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 99213 | Quarter: Oct - Dec 2022 | No Image Available |
|---|---|---|---|
| **Description:** | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making. When using time for code selection, 20-29 minutes of total time is spent on the date of the encounter. | | |
| **Lay Description:** | Providers report these codes for established patients being seen in the doctor's office, a multispecialty group clinic, or other outpatient environment. All require a medically appropriate history and/or examination excluding the most basic service represented by 99211 that describes an encounter that may not require the presence of a physician or other qualified health care professional. For the remainder of codes within this range, code selection is based on the level of medical decision making (MDM) or total time personally spent by the physician and/or other qualified health care professional(s) on the date of the encounter. Factors to be considered in MDM include the number and complexity of problems addressed during the encounter, amount and complexity of data requiring review and analysis, and the risk of complications and/or morbidity or mortality associated with patient management. Report 99212 for a visit that entails straightforward MDM. If time is used for code selection, 10 to 19 minutes of total time is spent on the day of encounter. Report 99213 for a visit requiring a low level of MDM or 20 to 29 minutes of total time; 99214 for a moderate level of MDM or 30 to 39 minutes of total time; and 99215 for a high level of MDM or 40 to 54 minutes of total time. | | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | |
|---|---|
| **HCPCS Code:** A4550    Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** Surgical trays | |
| **Lay Description:** A surgical tray comprises procedure-specific instruments, devices, and dressings within a ready-to-use sterilized package. The trays are prepared and inventoried for any of a variety of anticipated procedures (e.g., suture removal). The instruments may be sterilized and repackaged; however, a recent trend is toward the use of disposable surgical trays. | |

| Interventional Radiology Codes: |
|---|
| Not Applicable |

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | | |
|---|---|---|
| **HCPCS Code:** | C1713                    Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** | Anchor/screw for opposing bone-to-bone or soft tissue-to-bone (implantable) | |
| **Lay Description:** | An implantable pin and/or screw is used to oppose soft tissue-to-bone, tendon-to-bone, or bone-to-bone. A screw opposes the tissue by means of drilling as follows: soft tissue-to-bone, tendon-to-bone, or bone-to-bone fixation. Pins are inserted or drilled into the bone with the intent to facilitate stabilization or oppose bone-to-bone. In many instances this may include orthopedic plates with accompanying washers and nuts. | |

**Interventional Radiology Codes:**

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | |
|---|---|
| **HCPCS Code:** E1399          Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** Durable medical equipment, miscellaneous | |
| **Lay Description:** Durable medical equipment is a diverse term used to describe any medical equipment used in the home to aid in a better quality of living where people can be more mobile and independent. The term "durable medical equipment" includes iron lungs, oxygen tents, nebulizers, continuous positive airway pressure devices, catheters, hospital beds, and wheelchairs, whether furnished on a rental basis or purchased. There are also other simple tools such as ramps that can help wheelchair users access steps and vehicles and highly specialized devices, such as hearing aids and a breathing apparatus. Report this code when a more specific HCPCS Level II code is not available for durable medical equipment. | |

**Interventional Radiology Codes:**

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| | | |
|---|---|---|
| **HCPCS Code:** | L3670 Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** | Shoulder orthosis (SO), acromio/clavicular (canvas and webbing type), prefabricated, off-the-shelf | |
| **Lay Description:** | A shoulder orthosis (SO) or shoulder immobilizer is a support device (usually not rigid or semirigid) used for sustaining injured, postsurgical, and/or weak or deformed areas of the shoulder girdle and for restricting or eliminating motion (immobilization). The benefits from orthotic and immobilizer use, specifically during convalescence from an injury (strain, chip fracture with strain, fracture) or illness or as a postoperative treatment measure, can include the following: restriction of the range of motion of the affected area (immobilization); support of the affected area; and/or protection from injury, reinjury, suture tearing, and/or wound dehiscence. Some of the devices support the shoulder while limiting most ranges of motion, particularly abduction, which is the movement that raises the arm. All of these items usually require the assistance of a person other than the patient for appropriate application. Most of these items can be adjusted to fit the patient and come in a variety of sizes. | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| General Code Information | |
|---|---|
| **CPT® Code:** 64491        Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; second level (List separately in addition to code for primary procedure) | |
| **Lay Description:** The physician injects a diagnostic or therapeutic agent into a cervical or thoracic paravertebral facet joint or into the nerves that innervate the joint using fluoroscopic or CT guidance. The paravertebral facet joints, also called zygapophyseal or "Z" joints, consist of the bony surfaces between the vertebrae that articulate with each other. The injection may be performed on a single level or on multiple levels. Report 64490 for a single level, 64491 for a second level, and 64492 for the third and any additional levels. | |

| Interventional Radiology Codes: |
|---|
| Not Applicable |

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

| **General Code Information** | | |
|---|---|---|
| **CPT® Code:** | 99024                                 Quarter:  Oct - Dec 2022 | No Image Available |
| **Description:** | Postoperative follow-up visit, normally included in the surgical package, to indicate that an evaluation and management service was performed during a postoperative period for a reason(s) related to the original procedure | |
| **Lay Description:** | The physician reports this code to indicate a postoperative follow-up visit, normally included in the surgical package when the physician performs an evaluation and management service for reason(s) that are related to the original procedure. | |
| **Interventional Radiology Codes:** | | |
| Not Applicable | | |

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| CPT® Code: | 99072 | No Image Available |
|---|---|---|
| | Quarter: Oct - Dec 2022 | |

| **Description:** | Additional supplies, materials, and clinical staff time over and above those usually included in an office visit or other nonfacility service(s), when performed during a Public Health Emergency, as defined by law, due to respiratory-transmitted infectious disease |
|---|---|
| **Lay Description:** | Code 99070 is adjunct to basic services rendered. The physician or other qualified provider reports this code to indicate supplies and materials provided over and above those usually included with an office visit or services rendered. This code does not include eyeglasses; report the appropriate supply code if eyeglasses are provided. List drugs, trays, supplies, and other materials provided when using this code. Code 99072 reports additional supplies, materials, and clinical staff time necessary to perform safety protocols only during a public health emergency (PHE) due to respiratory-transmitted infectious disease. Examples include cleaning supplies, face shields and surgical masks, pre-visit screenings and instructions, and symptom checks upon patient's arrival to the office. Extra precautions, over and above those usually included in an office visit or other non-facility services, are taken to ensure the safety of patients and health care professionals during in-person interactions while allowing for the provision of evaluation, treatment, or procedural services. Use of this code does not depend on a specific patient diagnosis. It may be reported only once per in-person patient encounter per provider identification number. |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.
CPT ©2021 American Medical Association. All Rights Reserved.

## General Code Information

| | | |
|---|---|---|
| **CPT® Code:** | 99212        Quarter: Oct - Dec 2022 | No Image Available |
| **Description:** | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and straightforward medical decision making. When using time for code selection, 10-19 minutes of total time is spent on the date of the encounter. | |
| **Lay Description:** | Providers report these codes for established patients being seen in the doctor's office, a multispecialty group clinic, or other outpatient environment. All require a medically appropriate history and/or examination excluding the most basic service represented by 99211 that describes an encounter that may not require the presence of a physician or other qualified health care professional. For the remainder of codes within this range, code selection is based on the level of medical decision making (MDM) or total time personally spent by the physician and/or other qualified health care professional(s) on the date of the encounter. Factors to be considered in MDM include the number and complexity of problems addressed during the encounter, amount and complexity of data requiring review and analysis, and the risk of complications and/or morbidity or mortality associated with patient management. Report 99212 for a visit that entails straightforward MDM. If time is used for code selection, 10 to 19 minutes of total time is spent on the day of encounter. Report 99213 for a visit requiring a low level of MDM or 20 to 29 minutes of total time; 99214 for a moderate level of MDM or 30 to 39 minutes of total time; and 99215 for a high level of MDM or 40 to 54 minutes of total time. | |

## Interventional Radiology Codes:

Not Applicable

© 2022 Optum, LLC. All Rights Reserved.

CPT ©2021 American Medical Association. All Rights Reserved.

EXHIBIT F: Fee Comparisons for each CPT Code in Ms. William's billing report.



Optum

● Facility  ● Non-Facility

CPTÂ© Codes ▾ | 29823 | [Search] | Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

**Export:**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▾ | U.S. Zip | 303##, 311##..........GA - ATLANTA | ▾

[Update Display] [Customize View]

▼To Bottom  29823 - 29823

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 29823 | G | | SURGICAL ARTHROSCOPY SHOULDER XTNSV DBRDMT 3+ | $3,108.01 | $4,529.00 | $6,217.00 | $6,217.00 | $6,217.00 | $6,217.00 | $6,217.00 | $604.68 |

▲To Top  29823 - 29823

Records 1 - 1 of 1

© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

**Optum**

Welcome: FAITH BELTZHOOVER

● Facility   ○ Non-Facility

CPTÂ® Codes ▾   29826   [Search]   Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Export:

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▾  U.S. Zip  303##, 311##........GA - ATLANTA         ▾

[Update Display]  [Customize View]

▼To Bottom  29826 - 29826

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 29826 | G |  | SURGICAL ARTHROSCOPY SHO W/CORACOACRM LIGM RLS | $1,887.99 | $3,957.00 | $5,450.99 | $5,450.99 | $5,450.99 | $5,450.99 | $5,450.99 | $174.39 |

▲To Top  29826 - 29826

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.



# Optum

● Facility  ● Non-Facility

CPTÂ® Codes ▼ | 29827 | [Search] Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▼  U.S. Zip  303##, 311##...........GA - ATLANTA  ▼    **Export:**

[Update Display] [Customize View]

▼ To Bottom   29827 - 29827

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 29827 | G | | SURGICAL ARTHROSCOPY SHOULDER W/ROTATOR CUFF RPR | $4,729.99 | $5,502.10 | $9,071.80 | $9,554.01 | $9,554.01 | $9,554.01 | $9,554.01 | $1,086.29 |

▲ To Top   29827 - 29827

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.



# Optum

**FeeAnalyzer.com**

● Facility  ● Non-Facility

CPT® Codes ⌄ | 64415 | Search | **Help with Search?**

Fee Analyzer ⌄

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

**Select Medicare Carrier/Locality** 10212-01 Georgia, Atlanta GA ⌄ **U.S. Zip** 303##, 311##.............GA - ATLANTA ⌄

**Export:**

Update Display | Customize View

▼To Bottom  64415 - 64415

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | <u>64415</u> | G | | INJECTION AA&/STRD BRACHIAL PLEXUS | $680.00 | $1,500.00 | $1,520.42 | $1,520.42 | $1,520.42 | $1,520.42 | $1,520.42 | **$115.43** |

▲To Top  64415 - 64415

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

**FeeAnalyzer.com**

○ Facility  ● Non-Facility

CPTⓇ Codes ▾ | 64490 | **Search** | **Help with Search?**

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

**Export:**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▾ | **U.S. Zip** 303##, 311##.........GA - ATLANTA | ▸

**Update Display** | **Customize View**

▼To Bottom  64490 - 64490

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 64490 | G | | N.JX DX/THER AGT PVRT FACET JT CRV/THRC 1 LEVEL | $1,301.00 | $1,301.00 | $1,865.00 | $2,175.00 | $2,293.00 | $2,293.00 | $2,293.00 | $196.34 |

▲To Top  64490 - 64490

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

**Optum**

○ Facility  ● Non-Facility

CPT® Codes ▼ | 64492 | **Search** | **Help with Search?**

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▼ | **U.S. Zip** | 303##, 311##.........GA - ATLANTA ▼

Export:

Update Display | Customize View

▼ To Bottom   64492 - 64492

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 64492 | G | | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3+ LEVEL | $752.00 | $1,156.00 | $1,156.00 | $1,156.00 | $1,156.00 | $1,156.00 | $1,500.00 | $99.19 |

▲ To Top   64492 - 64492

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

● Facility  ● Non-Facility

CPTA® Codes ▼ | 73030 | [Search] [Help with Search?]

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▼ | U.S. Zip | 303##, 311##.........GA - ATLANTA | ▼

Export:

[Update Display] [Customize View]

▼ To Bottom  73030 - 73030

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 73030 | G | | RADEX SHOULDER COMPLETE MINIMUM 2 VIEWS | $162.00 | $162.00 | $162.00 | $177.00 | $177.00 | $177.00 | $177.00 | $35.52 |
| | 73030 | 26 | | RADEX SHOULDER COMPLETE MINIMUM 2 VIEWS | $46.98 | $46.98 | $46.98 | $51.33 | $51.33 | $51.33 | $51.33 | $9.30 |
| | 73030 | TC | | RADEX SHOULDER COMPLETE MINIMUM 2 VIEWS | $115.02 | $115.02 | $115.02 | $125.67 | $125.67 | $125.67 | $125.67 | $26.22 |

▲ To Top  73030 - 73030

Records 1 - 3 of 3

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

**Optum**

CPT® Codes ▼  73221  [Search]  Help with Search?

● Facility  ● Non-Facility

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▼  U.S. Zip  303## , 311##............GA - ATLANTA  ▼

Export:

[Update Display]  [Customize View]

▼To Bottom  73221 - 73221

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 73221 | G | | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | $2,245.00 | $2,245.00 | $2,517.00 | $2,517.00 | $2,517.00 | $2,517.00 | $2,517.00 | **$218.73** |
| | 73221 | 26 | | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | $651.05 | $651.05 | $729.93 | $729.93 | $729.93 | $729.93 | $729.93 | **$66.49** |
| | 73221 | TC | | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | $1,593.95 | $1,593.95 | $1,787.07 | $1,787.07 | $1,787.07 | $1,787.07 | $1,787.07 | **$152.24** |

▲To Top  73221 - 73221

Records 1 - 3 of 3

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

● Facility  ● Non-Facility

CPTÂ® Codes ⌄ | 76942 | Search | Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce**
**your range to 1000 codes.**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ⌄ | U.S. Zip | 303##, 311##..........GA - ATLANTA | ⌄

Export:

Update Display | Customize View

▼ To Bottom  76942 - 76942

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 76942 | G | | US GUIDANCE NEEDLE PLACEMENT IMG S&I | $351.00 | $610.00 | $650.00 | $650.00 | $650.00 | $650.00 | $1,100.00 | **$59.29** |
| | 76942 | 26 | | US GUIDANCE NEEDLE PLACEMENT IMG S&I | $200.07 | $347.70 | $370.50 | $370.50 | $370.50 | $370.50 | $627.00 | **$31.00** |
| | 76942 | TC | | US GUIDANCE NEEDLE PLACEMENT IMG S&I | $150.93 | $262.30 | $279.50 | $279.50 | $279.50 | $279.50 | $473.00 | **$28.29** |

▲ To Top  76942 - 76942

Records 1 - 3 of 3

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

FeeAnalyzer.com

○ Facility ● Non-Facility

CPTÂ® Codes ▼ | 97016 | Search | Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▼ | U.S. Zip | 303##, 311##.............GA - ATLANTA ▼

Export:

Update Display | Customize View

▼To Bottom  97016 - 97016

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **97016** | G | | APPL MODALITY 1/> AREAS VASOPNEUMATIC DEVICES | $35.00 | $35.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | **$12.07** |

▲To Top  97016 - 97016

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

FeeAnalyzer.com

Facility Non-Facility

Welcome, FAITH BELTZHOOVER

CPTÂ® Codes 97110 Search Help with Search?

Fee Analyzer

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

**Export:**

**Select Medicare Carrier/Locality** 10212-01 Georgia, Atlanta GA **U.S. Zip** 303##, 311##............GA - ATLANTA

Update Display Customize View

▼To Bottom 97110 - 97110

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 97110 | G | | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | $70.50 | $86.00 | $86.00 | $97.00 | $97.00 | $97.00 | $106.00 | **$30.01** |

▲To Top 97110 - 97110

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

FeeAnalyzer.com

Facility · Non-Facility

CPT® Codes ▼  97164    Search    Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▼  U.S. Zip  303##, 311##..........GA - ATLANTA  ▼

Export:

Update Display  |  Customize View

▼To Bottom  97164 - 97164

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 97164 | G | | PHYSICAL THERAPY RE-EVAL EST PLAN CARE 20 MINS | $115.00 | $150.00 | $150.00 | $159.00 | $168.00 | $180.00 | $270.00 | $70.39 |

▲To Top  97164 - 97164

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

● Facility  ● Non-Facility

CPTÂ® Codes ▼  97535    [ Search ]  Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▼  U.S. Zip  303##, 311##.............GA - ATLANTA    ❯

Export:

[ Update Display ]  [ Customize View ]

▼ To Bottom   97535 - 97535

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 97535 | G | | SELF-CARE/HOME MGMT TRAINING EACH 15 MINUTES | $53.44 | $67.00 | $85.00 | $90.00 | $130.00 | $130.00 | $130.00 | $33.47 |

▲ To Top   97535 - 97535

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

**FeeAnalyzer.com**

● Facility  ● Non-Facility

CPT® Codes ▾ | 97760 | | Search | Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality | 10212-01 Georgia, Atlanta GA ▾ | U.S. Zip | 303##, 311##.............GA - ATLANTA | ▸

Export:

Update Display | Customize View

▾To Bottom  97760 - 97760

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 97760 | G | | ORTHOTICS MGMT & TRAING INITIAL ENCTR EA 15 MINS | $90.00 | $117.17 | $199.00 | $199.00 | $199.00 | $199.00 | $204.00 | $49.70 |

▲To Top  97760 - 97760

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association, All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

## FeeAnalyzer.com

● Facility  ● Non-Facility

CPT Â® Codes ▾  99070   Search   Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Export:

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▾  U.S. Zip  303##, 311##..........GA - ATLANTA  ▾

Update Display   Customize View

▼ To Bottom  99070 - 99070

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **99070** | G | | SUPPLIES&MATERIALS ABOVE/BEYOND PROV BY PHYS/QHP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

▲ To Top  99070 - 99070

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

● Facility   ● Non-Facility

CPTÂ® Codes ▾   | 99204 |   [ Search ]   Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Export:

Select Medicare Carrier/Locality  | 10212-01 Georgia, Atlanta GA ▾ |  U.S. Zip | 303##, 311##............GA - ATLANTA          ▾ |

[ Update Display ]  [ Customize View ]

▼To Bottom  99204 - 99204

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **99204** | G | C | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | $492.02 | $507.00 | $537.00 | $553.00 | $553.00 | $561.00 | $623.93 | **$168.63** |

▲To Top  99204 - 99204

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

FeeAnalyzer.com

● Facility  ● Non-Facility

CPT® Codes ▾  99213

Search   Help with Search?

Fee Analyzer ▾

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ▾  U.S. Zip  303##, 311##............GA - ATLANTA  ▸

Export:

Update Display | Customize View

▼ To Bottom  99213 - 99213

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 99213 | G | C | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | $200.00 | $213.00 | $252.00 | $253.00 | $276.00 | $289.03 | $292.00 | $91.63 |

▲ To Top  99213 - 99213

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.



# Optum

FeeAnalyzer.com

Facility ● Non-Facility

HCPCS Codes ⌄   A4550

[ Search ]   Help with Search?

Fee Analyzer ▶

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality: 10212-01 Georgia, Atlanta GA ⌄

U.S. Zip: 303##, 311##...........GA - ATLANTA ⌄

Export:

[ Update Display ] [ Customize View ]

*Please Note: HCPCS benchmarking data is based on reported non-discounted fee-for-service billed charges for these codes for the nation (USA Geozip), not per Geozip as are the other FeeAnalyzer specialties. Also note that not all HCPCS codes entered will produce associated benchmarks. Benchmarks are displayed when the national frequency is at least 30 occurrences. More information: Click Here

▼ To Bottom   A4550 - A4550

| User Notes | Code | Mod1 | Mod2 | Sub | Description | 25th Percentile | 50th Percentile | 75th Percentile | 85th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | A4550 | | | | SURGICAL TRAYS | $31.00 | $50.00 | $75.00 | $100.00 | $0.00 |

▲ To Top   A4550 - A4550

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.



# Optum

## FeeAnalyzer.com

**Facility** ● **Non-Facility**

HCPCS Codes ▼ | C1713

**Search** | **Help with Search?**

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality: 10212-01 Georgia, Atlanta GA ▼

U.S. Zip: 303##, 311##..........GA - ATLANTA

**Export:**

**Update Display** | **Customize View**

*Please Note: HCPCS benchmarking data is based on reported non-discounted fee-for-service billed charges for these codes for the nation (USA Geozip), not per Geozip as are the other FeeAnalyzer specialties. Also note that not all HCPCS codes entered will produce associated benchmarks. Benchmarks are displayed when the national frequency is at least 30 occurrences. More information: Click Here

▼ To Bottom  C1713 - C1713

| User Notes | Code | Mod1 | Mod2 | Sub | Description | 25th Percentile | 50th Percentile | 75th Percentile | 85th Percentile | Medicare Fee |
|---|---|---|---|---|---|---|---|---|---|---|
|  | C1713 | | | | ANCHOR/SCREW BN/BN,TIS/BN | $382.19 | $569.25 | $1,500.20 | $1,500.20 | $0.00 |

▲ To Top  C1713 - C1713

Records 1 - 1 of 1

© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

## FeeAnalyzer.com

● Facility   ● Non-Facility

HCPCS Codes ▼   E1399

[ Search ]   **Help with Search?**

Fee Analyzer ▶

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality: 10212-01 Georgia, Atlanta GA ▼

U.S. Zip: 303##, 311##............GA - ATLANTA ▼

Export:

[ Update Display ]  [ Customize View ]

*Please Note: HCPCS benchmarking data is based on reported non-discounted fee-for-service billed charges for these codes for the nation (USA Geozip), not per Geozip as are the other FeeAnalyzer specialties. Also note that not all HCPCS codes entered will produce associated benchmarks. Benchmarks are displayed when the national frequency is at least 30 occurrences. More information: **Click Here**

▼To Bottom  *E1399 - E1399*

| User Notes | Code | Mod1 | Mod2 | Sub | Description | 25th Percentile | 50th Percentile | 75th Percentile | 85th Percentile | Medicare Fee |
|---|---|---|---|---|---|---|---|---|---|---|
|  | E1399 | | | | DME MISCELLANEOUS | * | * | * | * | $0.00 |

▲To Top  *E1399 - E1399*

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.





# Optum

## FeeAnalyzer.com

Welcome, FAITH BELTZHOOVER

○ Facility  ● Non-Facility

HCPCS Codes ∨  L3670

[ Search ]  **Help with Search?**

Fee Analyzer ▶

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  10212-01 Georgia, Atlanta GA ∨

U.S. Zip  303##, 311##............GA - ATLANTA  ∨

**Export:**

[ Update Display ]  [ Customize View ]

*Please Note: HCPCS benchmarking data is based on reported non-discounted fee-for-service billed charges for these codes for the nation (USA Geozip), not per Geozip as are the other FeeAnalyzer specialties. Also note that not all HCPCS codes entered will produce associated benchmarks. Benchmarks are displayed when the national frequency is at least 30 occurrences. More information: **Click Here**

▼ To Bottom  *L3670 - L3670*

| User Notes | Code | Mod1 | Mod2 | Sub | Description | 25th Percentile | 50th Percentile | 75th Percentile | 85th Percentile | Medicare Fee DMEPOS Non Rural State Fee |
|---|---|---|---|---|---|---|---|---|---|---|
|  | L3670 | | | | SO ACRO/CLAV CAN WEB PRE OTS | $133.92 | $165.08 | $199.95 | $210.96 | $138.28 |

*L3670 - L3670*

▲ To Top

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

Welcome, FAITH BELTZHOOVER

● Facility   ● Non-Facility

CPT® Codes ▼   64491      [Search]   **Help with Search?**

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**   **Export:**

Select Medicare Carrier/Locality   10212-01 Georgia, Atlanta GA ▼  U.S. Zip  303##, 311##..........GA – ATLANTA   ▼

[Update Display]  [Customize View]

▼To Bottom   64491 - 64491

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **64491** | G | | NJX DX/THER AGT PVRT FACET JT CRV/THRC 2ND LEVEL | $750.00 | $752.00 | $990.00 | $1,206.00 | $1,206.00 | $1,206.00 | $1,336.00 | **$98.84** |

▲To Top   64491 - 64491

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

**FeeAnalyzer.com**

○ Facility  ● Non-Facility

CPTĀ® Codes ▼  99024

Search   Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Export:

Select Medicare Carrier/Locality  11202-01 South Carolina SC ▼  U.S. Zip  292## ..............SC - COLUMBIA  ❯

Update Display   Customize View

▼ To Bottom   99024 - 99024

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 99024 | G | | POSTOP FOLLOW UP VISIT RELATED TO ORIGINAL PX | $71.00 | $92.03 | $92.03 | $92.03 | $92.03 | $92.03 | $92.03 | $0.00 |

▲ To Top   99024 - 99024

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © FairHealth, Inc.

# Optum

● Facility  ● Non-Facility

CPTA® Codes ▼  99072

Search    Help with Search?

Fee Analyzer ▼

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

Select Medicare Carrier/Locality  11202-01 South Carolina SC ▼  U.S. Zip  292## ..................SC - COLUMBIA  ▼

Export:

Update Display  Customize View

▼To Bottom  99072 - 99072

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 99072 | G | | ADDL SUPL MATRL&STAF TM DRG PHE RES-TR NFCT DS | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $50.00 | $0.00 |

▲To Top  99072 - 99072

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

# Optum

FeeAnalyzer.com

Fee Analyzer ▼

○ Facility  ● Non-Facility

CPTA® Codes ▼ | 99212 | Search | **Help with Search?**

**When entering a code range, please limit your code range to 1000 codes. If you enter a code range larger than 1000 codes, FeeAnalyzer.com will reduce your range to 1000 codes.**

**Export:**

Select Medicare Carrier/Locality | 11202-01 South Carolina SC ▼ | U.S. Zip 292## ...............SC - COLUMBIA ▼

Update Display | Customize View

▼To Bottom  99212 - 99212

| User Notes | Code | Modifier | Sub | Description | 50th Percentile | 60th Percentile | 75th Percentile | 80th Percentile | 85th Percentile | 90th Percentile | 95th Percentile | Medicare Fee MPFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **99212** | G | C | OFFICE/OUTPATIENT ESTABLISHED SF MDM 10-19 MIN | $86.00 | $86.00 | $100.00 | $106.00 | $108.25 | $120.00 | $130.00 | $53.72 |

▲To Top  99212 - 99212

Records 1 - 1 of 1

Contact Us | Terms of Use | Privacy Policy AMA Copyright | Support
© 2022
CPT © 2021 American Medical Association. All Rights Reserved.
CPT® is a registered trademark of the American Medical Association.
Data only © Fair Health, Inc.

EXHIBIT G: Doctor's Management's 2017 audit of OSS's coding and billing practices.

# D O C T O R S®
# M A N A G E M E N T
### Leave the business of medicine to us

To:    Janessa Hastings
        Director of Revenue Cycle Management
        Ortho Sport & Spine Physicians, LLC
        5788 Roswell Rd. Atlanta, Ga 30328

From:  Frank D. Cohen
        Director of Analytics
        Doctors Management, LLC

Date:   June 22, 2017

RE:    Fee Schedule Review

Janessa,

Thank you very much for the opportunity to assist you with your fee schedule analysis. I have had the opportunity to review your professional fees and the following contains my analysis as well as my opinion concerning the appropriateness and reasonableness of your fees.

## METHODOLOGY
To begin, I use a cross-sectional analysis, relying upon multiple vectors in order to form my opinion. This includes:
1. Looking at hourly billing and collections using the Harvard/RUC time study
2. Comparison against retail charges for you peer group
3. Creating an analysis of categorical conversion factors using the RBRVS database
4. Netting out charge data based on collection and cost information

In general, our data come from established and well-accepted sources, such as the Provider/Supplier Procedural Summary master file (P/SPS), the Physician Fee Schedule Database (PFSDB), the Harvard/RUC/CMS time study and additional proprietary data sets prepared by our company.

The vectors I use to form my opinion include:
1. Comparing your charges against national and state charge data for your specific specialty,
2. Assessing the charge based on the average of conversion factors (charges divided by RVUs) for each of the procedure codes times the RVU for that procedure code
3. Associating the total number of minutes for each procedure code based on the Harvard/RUC time study and factoring the charge to calculate a charge-per-hour metric; and
4. Factoring in the average cost of doing business (CODB) for your specialty and netting out the revenue per hour using the above time data set.

## ANALYSIS

In my opinion, the majority of your fees are well within what I would consider as reasonable. This is particularly true when looking at charges and revenue per hour. The latter is assessed as approximately 50% of charges since we would expect to see your cost structure at approximately 50% of your overall charge totals. In essence, for your specialty, it is reasonable to assume that your expense are at the 50% mark.

**Illustration 1: Summary analysis or charges and revenues per hour**



Based on the illustration above, we can see that the median revenue per hour for your providers is $541.92. Based on your distribution of costs after net, which would include provider benefits, shared expenses and other variable expenses, it would appear that the net-net income to the physicians would be within the expected income of $303 per hour. The latter is based on dividing the median income-plus-benefits for an orthopaedic surgeon, which is estimated at $606,029 (Merritt-Hawkins). It is important to note that these calculations assume that, on average, the practice is collecting 100% of their charges, which is certainly not the case. In fact, according to Cassalino et al., physicians collect approximately 41.4% of their charges, which would bring the median collection for OSSP to approximately $270 per hour, or just below what we would expect for a full time orthopaedic surgeon.

When I analyzed your fees against the weighted average national charge for orthopaedic specialists, I found the majority of your charges to be within a reasonable range. Of the 55 unique procedure codes I analyzed, your charges for 18 procedures were below the average charge, 23 were less than 50%

higher than the average charges and only 14 had charges that were higher than 50% of the average charge. In general, I would opine that, based purely on comparative data, fully 76% of your charges are within a reasonable range of your peer group's charges.

**Illustration 2: Variance of practice charges to national average charges by code**



I also conducted an outlier analysis using the formula of the 1.5 times the Interquartile Ratio (IQR) plus the 75th percentile and found that only three of your procedures would be considered statistical outliers. These were codes 23440, 63685 and 22513. And these are based solely on your charges and do not reflect your average payment from all payers.

CONCLUSION

It is my conclusion that, with the exception of the three codes referenced above, your charges are well within what I would consider reasonable. They fall within expected ranges for both benchmarks against retail charges for your peer groups as well as the objective analysis and results for charges and revenue per hour.

Frank D. Cohen

June 22, 2017

Date